IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13cv528-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| APPROXIMATELY $295,351.91 IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the Government's Motion for a stay pursuant to 18 U.S.C § 981(g).

Claims have been filed by Edward C. Taylor and Nayna P. Taylor. Both claimants are represented by Laura Cobb, who has made a general appearance in this case. Claimants, through counsel, have consented to the Government's Motion.

The Government has represented that a related state criminal investigation has been opened by the Mecklenburg County District Attorney's office and is currently pending. Based upon the representations and consent of the parties, the Court finds that civil discovery in this case would adversely affect the ability of the State to conduct the related criminal investigation and any subsequent prosecution. Moreover, civil discovery would also burden Claimants' rights against self-incrimination, which would also support a stay under § 981(g)(2) upon a motion by Claimants.

IT IS THEREFORE ORDERED that this case is stayed pending resolution of the related criminal case or further order of the Court. At such time as the stay may be lifted or vacated, the twenty-one day period for filing an answer under Rule G(5)(b) shall be deemed to begin on the day after the stay is lifted or vacated by the Court.

**SO ORDERED**.

Signed: November 6, 2013

David S. Cayer
United States Magistrate Judge