UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00528-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **$295,351.91 IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's "Status Report." (#14). In that report, the government requests that the Court conduct a status conference with the government and out-of-state counsel for claimants.

First, counsel for the government is advised that requests for relief from the Court must be in the form of a motion – not only is this required by the Local Civil Rules, ECF has no method for tracking motions contained within notices or reports.

Second, the Court does not believe that conducting an in-court status conference with out-of-state counsel is in line with the cost-saving provisions expressed in revised Rule 1, Fed.R.Civ.P. This is especially important where, as here, the report does not reflect that the government has *first* conducted a conference with counsel for the claimants. The request for a status conference with the Court will be denied at this time and all counsel of record will be instructed to meet and confer, by phone or otherwise, within 14 days and file a joint status report within 30 days outlining a plan for the timely resolution of this matter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's request for a status hearing contained in the Status Report (#14) is **DENIED** without prejudice. All counsel of record shall meet and confer, by phone or otherwise, within 14 days and file a joint status report within 30 days.

Signed: October 1, 2018

Max O. Cogburn Jr
United States District Judge