IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:13CV528-MOC-DSC

| | |
|---|---|
| United States of America | |
| v. | **ORDER** |
| $295,351.91 in United States Currency | |

THIS MATTER is before the Court on the Joint Motion to Lift Stay. For the reasons stated in the Joint Motion and related Joint Status Report, the Court finds good cause to lift the stay and HEREBY LIFTS THE STAY so that this case may proceed in due course as set forth in the Local Rules and Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: November 1, 2018

David S. Cayer
United States Magistrate Judge